petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, W. Marvin Smith,* and *A. W. Henderson for the* United States.

No. 1007. FALL *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Frank J. Hogan, Wilton J. Lambert,* and *Wm. E. Leahy* for petitioner. No appearance for the United States.

No. 1011. LANE *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Howard McCaleb, Jr.,* for petitioner. No appearance for the United States.

No. 205. ROSE, COLLECTOR OF INTERNAL REVENUE, *v.* GRANT. On writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. March 2, 1931. Dismissed with costs, on motion of *Solicitor General Thacher* for the petitioner. *Messrs. John M. Slaton* and *Richard H. Wilmer* for respondent.

No. 206. ROSE, COLLECTOR OF INTERNAL REVENUE, *v.* GRANT ET AL. On writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. March 2, 1931. Dismissed with costs, on motion of *Solicitor General Thacher* for the

petitioner. *Messrs. John M. Slaton* and *Richard H. Wilmer* for respondents.

No. 615. MARTY ET AL. *v.* NAGLE, COMMISSIONER OF IMMIGRATION. On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. March 9, 1931. Dismissed with costs, per stipulation of counsel. *Mr. John L. McNab* for petitioners. *Solicitor General Thacher* for respondent.

No. 621. TRI-STATE FERRY Co. *v.* BIRNEY. Appeal from the Court of Appeals of Kentucky. March 9, 1931. Dismissed with costs, per stipulation of counsel. *Mr. J. G. Wheeler* for appellant. *Mr. R. M. Shelbourne* for appellee.

No. 895. GOLDMAN *v.* KORMAN. Appeal from the Superior Court of the County of Los Angeles, California. April 20, 1931. Docketed and dismissed on motion of *Mr. Israel J. Mendelson* for the appellee.